UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-20543-MGC-Cooke

ELIAS SANCHEZ SIFONTE and
VALERIE RODRIGUEZ ERAZO,

        Plaintiffs,

vs.

JOSUE FONSECA, *et al.,*

        Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

Rachel E. Fugate of Shullman Fugate PLLC hereby gives notice of her appearance as counsel on behalf of Defendants Josue Fonseca, Telemundo International Studios LLC, Telemundo Internacional LLC, Jagual Media LLC, NBCUniversal Media, LLC, Telemundo Network Group LLC, Telemundo of Puerto Rico LLC, TM Television, Inc., and TM Entertainment, Inc. The certificate of service for all pleadings, orders, and other papers in this action should include **Rachel E. Fugate** at Shullman Fugate PLLC, 100 South Ashley Dr., Suite 600, Tampa, FL 33602 and rfugate@shullmanfugate.com.

Dated: February 10, 2021.

    Respectfully submitted,

    SHULLMAN FUGATE PLLC

    **Rachel E. Fugate**
    Rachel E. Fugate (FBN 144029)
    rfugate@shullmanfugate.com
    Shullman Fugate PLLC
    100 South Ashley Drive, Suite 600
    Tampa, FL 33602
    Tel: 813-935-5098

    *Attorney for Defendants*