UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-20543-MGC-Cooke

ELIAS SANCHEZ SIFONTE and
VALERIE RODRIGUEZ ERAZO,

      Plaintiffs

vs.

JOSUE FONSECA, *et al.*,

      Defendants.

_____/

**DEFENDANT JAGUAL MEDIA LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Jagual Media LLC hereby states that it is a privately held limited liability company with no parent company. No publicly held corporation owns 10 percent or more of its interest.

Dated: February 16, 2021.

    Respectfully Submitted,

    SHULLMAN FUGATE PLLC

    **Deanna K. Shullman**
    Deanna K. Shullman (Florida Bar No. 514462)
    dshullman@shullmanfugate.com
    Rachel E. Fugate (Florida Bar No.: 0144029)
    rfugate@shullmanfugate.com
    Giselle M. Girones (Florida Bar No. 124373)
    ggirones@shullmanfugate.com
    2101 Vista Parkway, Suite 4006
    West Palm Beach, FL  33411
    Tel: (561) 429-3619

    *Attorneys for Defendant*
    *Jagual Media LLC*