UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-20543-MGC

ELIAS SANCHEZ SIFONTE and
VALERIE RODRIGUEZ ERAZO,

        Plaintiffs,

v.

JOSUE FONSECA, *et al.*,

        Defendants.

## DECLARATION OF ANTONIO MOJENA

I, Antonio Mojena, declare as follows:

1. My name is Antonio Mojena. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

2. I am the sole owner and shareholder of TM Television, Inc. ("TM Television"), a Puerto Rico corporation that was incorporated in Puerto Rico on or around March 29, 2000. TM Television has no parents or subsidiaries.

3. TM Television's sole office is located in Puerto Rico. TM Television's employees live and work in Puerto Rico. They do not perform any work for TM Television in Florida.

4. TM Television produces two television shows featuring Defendant Josue Fonseca ("Fonseca")—*Día a Día* and *Jay y Sus Rayos X* (the "Shows")—as well as other content. TM Television has an exclusive relationship with Telemundo of Puerto Rico LLC ("Telemundo"), a Puerto Rico limited liability company, under which Telemundo films the Shows, provides the raw footage to TM Television for editing, and then broadcasts the Shows in its sole discretion.

5. The Shows are filmed by Telemundo, and produced by TM Television, in Puerto Rico. Once TM Television produces an episode of one of the Shows, Telemundo solely determines whether, when and where the episode will be aired or otherwise made accessible. TM Television has no role, control, or decision-making with respect to whether,

when and where the Shows will be available for broadcast or online streaming on Telemundo's platform, website or elsewhere.

6. Fonseca, who is based in Puerto Rico, is an independent contractor of TM Television. Fonseca appears on two five-to-eight-minute segments of *Día a Día* and is the host of *Jay y Sus Rayos X*. Although Fonseca generally proposes, writes, and researches the content for the Shows, each Show is assigned a team of TM Television employees who assist in the proposal, writing, editing, and researching process.

7. Apart from producing the Shows, TM Television has played no role in any of the other alleged defamatory content at issue in this lawsuit.

8. The particular TM Television-produced broadcasts of the Shows referenced in the Complaint ("Compl.") are:

    a. April 16, 2019 and July 16, 2019 *Jay y Sus Rayos X* broadcasts concerning the resignation of whistleblower Japhet Rivera, the Assistant Secretary for Planning, Development and Federal Health Affairs of the Puerto Rico Department of Health. *See* Compl. Ex. E, Ex. F. The broadcasts discuss Mr. Rivera's sworn affidavit in connection with a whistleblower complaint in Puerto Rico detailing the Department's grant of an $11 million technology contract. *Id.* The broadcasts also discuss Mr. Rivera's alleged references to Plaintiff Elias Sanchez Sifonte. *Id.* Additionally, the April 16 broadcast references Mabel Cabeza, former Chief of Staff of the Puerto Rico Department of Health, and her relationship with Plaintiff Valerie Rodriguez Erazo at the time of Cabeza's appointment. *Id.* at Ex. F. None of the facts referenced in these broadcasts have any connection to Florida. And, to my knowledge, none of the individuals referenced in these broadcasts have any connection to Florida. The broadcasts only reference people or events in Puerto Rico, and the documents relevant to the events described in the broadcasts are located in Puerto Rico.

    b. June 25, 2019 *Jay y Sus Rayos X* broadcast concerning the confidential Puerto Rico government information Plaintiff Elias Sanchez Sifonte had access to as a result of his previous roles as Chairman of then Puerto Rico Governor Ricardo Rossello's transition team and Governor Rossello's liaison to Puerto Rico's Financial Oversight and Management Board. Compl. Ex. R. None of the facts referenced in this broadcast have any connection to Florida. And, to my knowledge, none of the individuals referenced in the broadcast have any

2

connection to Florida. The broadcast only references people or events in Puerto Rico, and the documents relevant to the events described in the broadcast are located in Puerto Rico.

  c. July 16, 2019 and August 12, 2019 *Día a Día* broadcasts concerning the indictment of Julia Keleher, the former Secretary of the Puerto Rico Department of Education, on allegations of conspiracy to convert funds involving contracts fraudulently obtained from the Puerto Rico Department of Education and Puerto Rico Health Insurance Administration, and allegations that she shared Puerto Rico government information. Compl. Ex. FF, Ex. GG. The August 12 broadcast also questioned why the Puerto Rico Secretary of Justice (now Governor), Wanda Vazquez Garced, did not have access to a number of documents in the Keleher case. *Id.* at Ex. FF. None of the facts referenced in these broadcasts have any connection to Florida. And, to my knowledge, none of the individuals referenced in these broadcasts have any connection to Florida. The broadcasts only reference people or events in Puerto Rico, and the documents relevant to the events described in the broadcasts are located in Puerto Rico.

  d. July 18, 2019 *Día a Día* broadcast and July 24, 2019 *Jay y Sus Rayos X* broadcast concerning Plaintiff Elias Sanchez Sifonte's relationship with now-former Puerto Rico Governor Rossello, including Sanchez's prior employment of Rossello through Veritas Consulting, LLC, a Puerto Rico limited liability company. Compl. Ex. W, Ex. Z. The broadcasts also reference a contract Sanchez had at one time with Puerto Rico Senator Thomas Rivera Schatz. *Id.* The July 24 broadcast included comments from then Puerto Rico Representative Manuel Natal Albelo who opined on the relationship between Sanchez and Rossello. *Id.* at Ex. Z. None of the facts referenced in these broadcasts have any connection to Florida. And, to my knowledge, none of the individuals referenced in these broadcasts have any connection to Florida. The broadcasts only reference people or events in Puerto Rico, and the documents relevant to the events described in the broadcasts are located in Puerto Rico.

  e. July 31, 2019 *Jay y Sus Rayos X* broadcast discussing Plaintiff Elias Sanchez Sifonte's various lobbying efforts in light of access to confidential Puerto Rico government information. Compl. Ex. EE. The broadcast also referenced the opposition by Itza Garcia, former Associate Secretary of the Interior, and William Villafañe, Puerto Rico Senator and former Puerto Rico Chief of Staff for Governor Rossello, to the way in which government

contracts were handled. *Id.* None of the facts referenced in this broadcast have any connection to Florida. And, to my knowledge, none of the individuals referenced in the broadcast have any connection to Florida. The broadcast only references people or events in Puerto Rico, and the documents relevant to the events described in the broadcast are located in Puerto Rico.

    f. October 8, 2019 *Jay y Sus Rayos X* broadcast concerning Plaintiff Valerie Rodriguez Erazo's work with the Puerto Rico Planning Board, including proposed modifications to zoning regulations. Compl. Ex. II. The broadcast also includes a discussion of the regulations with guests Puerto Rico House of Representative Denis Marquez and former Puerto Rico Planning Board member Pedro Cardona. *Id.* None of the facts referenced in this broadcast have any connection to Florida. And, to my knowledge, none of the individuals referenced in the broadcast have any connection to Florida. The broadcast only references people or events in Puerto Rico, and the documents relevant to the events described in the broadcast are located in Puerto Rico.

    g. January 21, 2020 *Jay y Sus Rayos X* broadcast featuring Fonseca's interview with former Puerto Rico Secretary of Housing Fernando Gil Enseñat about his termination from the Puerto Rico government. Compl. Ex. JJ. During the interview, Fonseca asked questions regarding Plaintiffs' relationships with various Puerto Rico public officials. *Id.* None of the facts referenced in this broadcast have any connection to Florida. And, to my knowledge, none of the individuals referenced in the broadcast have any connection to Florida. The broadcast only references people or events in Puerto Rico, and the documents relevant to the events described in the broadcast are located in Puerto Rico.

9. TM Television does not do business with any Florida persons or entities.

10. TM Television does not have any property (owned or leased) in Florida or any bank accounts in Florida. It is also not registered to do business in Florida and does not have a registered agent in Florida.

11. TM Television receives no income from Florida sources.

12. I am also the sole owner and shareholder of TM Entertainment, Inc. ("TM Entertainment"), a Puerto Rico corporation with no parent or subsidiaries, and which maintains its own corporate purpose whose acts are not dependent upon or controlled by TM Television. TM Entertainment produces large-scale events, such as the Billboard Latin Music

Awards. TM Television is not involved with or connected to the Billboard Latin Music Awards. TM Entertainment is not involved in the production of any of the Shows.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2021.

_____
Antonio Mojena