UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-20543-MGC

ELIAS SANCHEZ SIFONTE and
VALERIE RODRIGUEZ ERAZO,

        Plaintiffs,

vs.

JOSUE FONSECA, *et al.*,

        Defendants.

_____/

**DECLARATION OF GISELLE M. GIRONES**

I, Giselle M. Girones, declare as follows:

1. I am an associate at the law firm of Shullman Fugate PLLC, attorneys for Defendants Josue Fonseca, Jagual Media LLC, Telemundo Network Group LLC, NBCUniversal Media, LLC, and TM Television, Inc. in the above-styled matter.

2. I submit this declaration to annex documents relevant to Defendants Josue Fonseca and Jagual Media LLC's Motion to Dismiss in this action, in which the other defendants join.

3. Attached hereto as Composite Exhibit 1[1] is a true, correct and complete copy of the January 4, 2019 *Telenoticias* broadcast entitled "*La Familia Cabildeo,*" along with a certified transcription and translation of same. The broadcast is also available at https://www.telemundopr.com/noticias/puerto-rico/la-familia-cabildeo_tlmd-puerto-rico/758/

4. Attached hereto as Composite Exhibit 2 is a true, correct and complete copy of the July 16, 2019 *Jay Y Sus Rayos X* broadcast entitled "*Investigación destapa supuesto esquema en Salud,*" along with a certified transcription and translation of same. The broadcast

---

[1] The attached exhibits are numbered to correspond with the order in which the publications appear in the Complaint. Exhibit numbers 3-4, 9, and 22-23 are included in the Declaration of Sonia I. Melendez De Leon. Exhibit number 25 is included in the Declaration of Josue Fonseca.

is also available at https://www.telemundopr.com/programas/jay-y-sus-rayos-x/investigaci_n-destapa-supuesto-esquema-en-salud_tlmd-puerto-rico/46105/

5. Attached hereto as Composite Exhibit 5 is a true, correct and complete copy of Josue Fonseca's July 30, 2019 Facebook post, along with a certified translation of same. The post is also available at https://www.facebook.com/JayFonsecaPR/photos/a.163264163691056/2915355298481915

6. Attached hereto as Composite Exhibit 6 is a true, correct and complete copy of Josue Fonseca's July 30, 2019 Facebook Live broadcast, along with a certified transcription and translation of same. The broadcast is also available at https://www.facebook.com/watch/live/?v=2418828148177513&ref=watch_permalink

7. Attached hereto as Composite Exhibit 7 is a true, correct and complete copy of Josue Fonseca's July 30, 2019 Facebook post, along with a certified translation of same. The post is also available at https://www.facebook.com/JayFonsecaPR/photos/a.163264163691056/2915761431774635

8. Attached hereto as Composite Exhibit 8 is a true, correct and complete copy of the July 30, 2019 article and embedded video published on the TelemundoPR.com website and titled "*Triple-S confirma vínculo con Elías Sánchez y ordena investigación*," along with a certified transcription and translation of same. The article and embedded video are also available at https://www.telemundopr.com/noticias/puerto-rico/triple-s-confirma-vinculo-con-elias-sanchez-y-ordena-investigacion/101134

9. Attached hereto as Composite Exhibit 10 is a true, correct and complete copy of the July 12, 2019 *Telenoticias* broadcast titled "*El Gobernador ha dicho una sarta de mentiras*," along with a certified transcription and translation of same. The broadcast is also available at https://www.telemundopr.com/fotosyvideos/el-gobernador-ha-dicho-una-sarta-de-mentiras_tlmd-puerto-rico/104867/

10. Attached hereto as Composite Exhibit 11 is a true, correct and complete copy of the July 17, 2019 article and embedded videos published on the TelemundoPR.com website and titled "*Detallan esquema orquestado desde Fortaleza*," along with a certified transcription and translation of same. The article and embedded videos are also available at

https://www.telemundopr.com/noticias/puerto-rico/detallan-esquema-orquestado-desde-fortaleza/101461/

11. Attached hereto as Composite Exhibit 12 is a true, correct and complete copy of Josue Fonseca's July 17, 2019 Facebook Live broadcast, along with a certified transcription and translation of same. The broadcast is also available at https://www.facebook.com/watch/live/?v=447608732750988&ref=watch_permalink

12. Attached hereto as Composite Exhibit 13 is a true, correct and complete copy of the July 18, 2019 *Día a Día* broadcast titled "*De Frente con Jay: ¿Borraron los chats?*," along with a certified transcription and translation of same. The broadcast is also available at https://www.telemundopr.com/programas/dia-a-dia-programas-2/de-frente-con-jay-borraron-los-chats_tlmd-puerto-rico/101440/

13. Attached hereto as Composite Exhibit 14 is a true, correct and complete copy of Josue Fonseca's July 18, 2019 Facebook post, along with a certified translation of same. The post is also available at https://www.facebook.com/JayFonsecaPR/photos/a.163264163691056/2892655080751937

14. Attached hereto as Composite Exhibit 15 is a true, correct and complete copy of the July 24, 2019 *Jay Y Sus Rayos X* broadcast titled "*Manuel Natal desmenuza vínculos entre Elías y Rosselló*," along with a certified transcription and translation of same. The broadcast is also available at https://www.telemundopr.com/noticias/puerto-rico/manuel-natal-desmenuza-vinculos-entre-elias-y-rossello-telemundo-telenoticias/101284/

15. Attached hereto as Composite Exhibit 16 is a true, correct and complete copy of the June 11, 2019 *Telenoticias* broadcast titled "*Elías Sanchez sabe todos los secretos del Estado*," along with a certified transcription and translation of same. The broadcast is also available at https://www.telemundopr.com/videos/_elias-sanchez-sabe-todos-los-secretos-del-estado__tlmd-puerto-rico/106113

16. Attached hereto as Composite Exhibit 17 is a true, correct and complete copy of the June 21, 2019 *Telenoticias* broadcast titled "*¡Qué bella es la vida de Elías Sánchez, brother!*," along with a certified transcription and translation of same. The broadcast is also available at https://www.telemundopr.com/noticias/local/que-bella-es-la-vida-de-elias-sanchez_tlmd-puerto-rico/101716

17. Attached hereto as Composite Exhibit 18 is a true, correct and complete copy of Josue Fonseca's July 21, 2019 Facebook post, along with a certified translation of same. The post is also available at https://www.facebook.com/permalink.php?story_fbid=2897977536886358&id=161864353831037

18. Attached hereto as Composite Exhibit 19 is a true, correct and complete copy of the July 31, 2019 *Jay Y Sus Rayos X* broadcast titled "*FEI revela delaraciones [sic] juradas sobre Wanda Vázquez*," along with a certified transcription and translation of same. The broadcast is also available at https://www.telemundopr.com/programas/jay-y-sus-rayos-x/fei-revela-declaraciones-juradas-sobre-wanda-vazquez_tlmd-puerto-rico/101070/

19. Attached hereto as Composite Exhibit 20 is a true, correct and complete copy of the August 12, 2019 *Día a Día* broadcast titled "*¿Julia Keleher enviaba informacion confidencial a Elias Sanchez?*," along with a certified transcription and translation of same. The broadcast is also available at https://www.telemundopr.com/programas/dia-a-dia-programas-2/_julia-keleher-enviaba-informacion-confidencial-a-elias-sanchez__tlmd-puerto-rico/45822/

20. Attached hereto as Composite Exhibit 21 is a true, correct and complete copy of the July 16, 2019 *Día a Día* broadcast titled "*De Frente con Jay sobre la llegada de Keleher,*" along with a certified transcription and translation of same. The broadcast is also available at https://www.telemundopr.com/programas/dia-a-dia-programas-2/de-frente-con-jay-sobre-la-llegada-de-keleher_tlmd-puerto-rico/47875/

21. Attached hereto as Composite Exhibit 24 is a true, correct and complete copy of Josue Fonseca's March 28, 2020 Facebook Live broadcast, along with a certified transcription and translation of same. The broadcast is also available at https://www.facebook.com/JayFonsecaPR/videos/540509489993022

22. Attached hereto as Composite Exhibit A is copy of the Oficina del Panel Fiscal Especial Independiente's press release titled "*Varios participantes del "Chat" de Telegram en la mira del FEI*," dated February 13, 2020, and available at http://panelfei.com/wp-content/uploads/2020/02/Varios-participantes-del-Chat-de-Telegram-en-la-mira-del-FEI.pdf, along with a true and correct copy of the certified English translation of it.

23. Attached hereto as Composite Exhibit B is a copy of the Oficina del Panel

Fiscal Especial Independiente's press release titled "*Fiscales Especiales Independientes No Presentarán Cargos Criminales En El Caso Del Chat*," dated November 24, 2020, and available at http://panelfei.com/wp-content/uploads/2020/11/Fiscales-Especiales-Independientes-no-presentar%C3%A1n-cargos-criminales-en-el-caso-del-Chat.pdf, along with a true and correct copy of the certified English translation of it.

24. Attached hereto as Composite Exhibit C is a true and correct copy of the July 18, 2019 *Centro de Periodismo Investigativo* article titled "*El Saqueo a los fondos públicos detrás del chat*," along with a certified translation of same.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 2, 2021.

_____
Giselle M. Girones