# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 1:21-CV-20543-Cooke/O'Sullivan

ELIAS SANCHEZ SIFONTE and
VALERIE RODRIGUEZ ERAZO,

Plaintiffs,

vs.

JOSUE FONSECA, a/k/a JAY
FONSECA, an individual; TELEMUNDO
INTERNATIONAL STUDIOS LLC, a Florida
limited liability company; TELEMUNDO
INTERNACIONAL LLC a/k/a TELEMUNDO DE
PUERTO RICO, LLC., a Florida limited liability
company; JAGUAL MEDIA, LLC, a Puerto Rico
limited liability company; NBCUNIVERSAL
MEDIA, LLC, a Delaware corporation; TELEMUNDO
NETWORK GROUP, LLC; a Delaware corporation;
TM TELEVISION, INC., a Puerto Rico corporation;
TM ENTERTAINMENT, INC., a Puerto Rico
corporation; and DOES 1 – 10, inclusive,

Defendants.
_____/

## ORDER REFERRING CASE TO MAGISTRATE JUDGE

THIS MATTER comes before me on the Parties' Consent to Proceed Before a United States Magistrate Judge (ECF No. 47-4). Accordingly, it is **ORDERED and ADJUDGED** that John J. O'Sullivan, Chief U.S. Magistrate Judge will preside over all further proceedings in this matter, including trial and entry of final judgment. The case number, style, and docket shall reflect this consent and referral.

**DONE and ORDERED** in Chambers at Miami, Florida, this 29th day of September 2021.

_Marcia G. Cooke_
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*