UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-CV-20543-O'SULLIVAN
[CONSENT]

ELIAS SANCHEZ SIFONTE and
VALERIE RODRIGUEZ ERAZO,

    Plaintiffs,

v.

JOSUE FONSECA a/k/a JAY FONSECA,
an individual; TELEMUNDO INTERNATIONAL
STUDIOS, LLC, a Florida limited liability company,
et al.

    Defendants.
                                                /

## ORDER

THIS MATTER is before the Court on the Plaintiffs' Unopposed Motion to Extend Deadline (DE# 61, 6/1/21). Having reviewed the unopposed motion, it is hereby

ORDERED AND ADJUDGED that the Plaintiffs' Unopposed Motion to Extend Deadline (DE# 61, 6/1/21), as well as the underlying Plaintiffs' Motion for Entry of Default, or in the Alternative, Opposition to Defendant Telemundo Network Group, LLC's Motion to Dismiss and Supporting Memorandum of Law (DE# 51, 5/4/21) are DENIED as moot.

The plaintiffs seek an extension within which to file their reply to the Defendant Telelmundo Network Group, LLC's Response to Plaintiff's Motion for Default [D.E. 51] ("Plaintiff's Motion and Response"). (DE# 57, 5/26/21). On September 29, 2021, the Honorable Marcia G. Cooke, United States District Court Judge, denied the Plaintiff's Motion to Remand and denied the joinder of the "proposed" defendants in the plaintiffs'

1

First Amended Complaint (DE# 16, 2/26/21). The Court deemed the plaintiff's First Amended Complaint to be a "proposed" amended complaint because the Court found that the plaintiffs attempted to destroy diversity by adding two non-diverse defendants, Messrs. Jose Cancela and Manuel Martinez, who are both domiciled in the State of Florida, after the action was removed and without seeking leave of court. Order Denying Plaintiffs' Motion to Remand at 6-7 (DE# 64, 9/29/21). Accordingly, the undersigned finds that the initial Complaint for Damages that was removed to this Court is the operative Complaint and that the defendants have timely responded to the operative Complaint by filing their respective motions to dismiss.

DONE AND ORDERED in Chambers at Miami, Florida this **1st** day of November, 2021.

JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE